PHILIP ANDRA GRIGSBY - REG# 22325-031
<u>Name and Prisoner Number/Alien Registration Number</u>

United States Penitentiary - Tucson
<u>Place of Confinement</u>

P.O. Box 24550
<u>Mailing Address</u>

Tucson, AZ. 85734
<u>City, State, Zip Code</u>

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
                 _____
                 ✓  | FILED        ____ LODGED
                 ___ | RECEIVED     ____ COPY
              7  |                        | 7
                 |      MAY 31 2018        |
                 |                        |
                 | CLERK U S DISTRICT COURT |
                 | DISTRICT OF ARIZONA      |
              BY |_____ DEPUTY |
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

PHILIP ANDRA GRIGSBY
(Full Name of Petitioner)                    )
                                             )   **CV 18-0275 TUCJAS JR**
                    Petitioner,              )
                                             )   CASE NO. _____
                 vs.                         )           (To be supplied by the Clerk)
                                             )
WARDEN BALTAZAR                     ,        )   **PETITION UNDER 28 U.S.C. § 2241**
(Name of Warden, Jailor or authorized person )   **FOR A WRIT OF HABEAS CORPUS**
having custody of Petitioner)                )   **BY A PERSON IN FEDERAL CUSTODY**
                                             )
                    Respondent.              )
_____ )

### PETITION

1.  What are you challenging in this petition?
    ☐   Immigration detention
    ☐   Bureau of Prisons sentence calculation or loss of good-time credits
    ☐   Probation, parole or supervised release
    ☒   Other (explain): <u>Judgment is void due to insufficient Indictment and lack of subject</u>
    <u>matter jurisdiction in violation of the 5th and 6th Amendments</u>

2.  (a) Name and location of the agency or court that made the decision you are challenging: _____
    <u>United States District Court for the District of Kansas, Wichita</u>

    (b) Case or opinion number: <u>6:12-cr-10174-JTM</u>

    (c) Decision made by the agency or court: <u>260 years incarceration, 10 years supervised</u>
    <u>release, $140,000.00 restitution</u>

**530**

(d) Date of the decision:  May 21, 2013, Amended July 30, 2013

3.   Did you appeal the decision to a higher agency or court?      Yes ☒    No ☐

If yes, answer the following:

(a)  First appeal:

(1) Name of the agency or court: United States Court of Appeals for the Tenth Circuit

(2) Date you filed: May 21, 2013

(3) Opinion or case number:  13-3146

(4) Result: Affirmed

(5) Date of result: June 7, 2014

(6) Issues raised: Was the sentence based upon the Sentencing Guidelines? a reasonable sentence where the Guidelines are inherently defective.

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b)  Second appeal:

(1) Name of the agency or court: United States Court of Appeals for the Tenth Circuit

(2) Date you filed:  March 31, 2014

(3) Opinion or case number:  14-3067

(4) Result:  Remanded

(5) Date of result: November 3, 2014

(6) Issues raised: The court abused its discretion by denying "Brady" material, the Court abused its discretion as to motion to modify restitution, The Court abused its discretion as to forfeiture of seized property, The Court abused its discretion in denying transcripts to defendant.          (Unavailable)

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c)  Third appeal:

(1) Name of the agency or court: United States Court of Appeals for the Tenth Circuit

(2) Date you filed:  February 2, 2015

(3) Opinion or case number: 15-3022

(4) Result: Affirmed

(5) Date of result: October 29, 2015

(6) Issues raised: The defendant was denied access to the court, defendant was denied appointment of counsel, garnishment of defendant's Union Pension, illegal no-contact order against non-victim, legal mail procedures, errous Presentence Report.                                                          (Unavailable)

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4.    If you did not appeal the decision to a higher agency or court, explain why you did not: N/A

N/A

N/A

N/A

N/A

5.    Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?        Yes ☒        No ☐

    If yes, answer the following:

    (a)  Name of the agency or court: United States Court of Appeals for the Tenth Circuit

    (b)  Date you filed: June 23, 2016

    (c)  Opinion or case number: 16-3144  (Sucessive §2255)

    (d)  Result: Denied

    (e)  Date of result: June 20, 2016

    (f)  Issues raised: New constitutional law made retroactive to cases on collateral review by the Supreme Court of the United States. JOHNSON V. UNITED STATES, 135 S.Ct 2551 (2015) Preserving the issue for possible future use.
                                                                    (Unavailable)

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6.    For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

    **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

3

**GROUND ONE:** Mr. Grigsby's Judgment is void for lack of subject matter jurisdiction, due to insufficient indictment.

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
On January 1, 2018 Philip Andra Grigsby filed a motion under Fed.R.C.V.P.60. (Attached)

Mr. Grigsby's Rule 60 motion is "NOT" a "successive" motion under 28 U.S.C. §2255.

The Superseding Indictment used to charge Mr. Grigsby contains Ten [10] counts, all ten [10] counts simply recite the language verbatum of the statute without any discription of the crime Mr. Grigsby alledgedly committed (Attached).

See Attached Memorandum of Law and Argument.

(b) Did you exhaust all available administrative remedies relating to Ground One?        Yes ☒     No ☐

(c) If yes, did you present the issue to:
   ☐ The Board of Immigration Appeals
   ☐ The Office of General Counsel
   ☐ The Parole Commission
   ☒ Other: U.S. District Court of Kansas, U.S. Court of Appeals, Tenth Circuit

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

4

**GROUND TWO:** _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

(b)  Did you exhaust all available administrative remedies relating to Ground Two?     Yes ☐     No ☐

(c)  If yes, did you present the issue to:
       ☐ The Board of Immigration Appeals
       ☐ The Office of General Counsel
       ☐ The Parole Commission
       ☐ Other: _____ N/A _____

(d)  If you did not exhaust all available administrative remedies relating to Ground Two, explain why:
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

**GROUND THREE:** _____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A

(b)  Did you exhaust all available administrative remedies relating to Ground Three?     Yes ☐     No ☐

(c)  If yes, did you present the issue to:
    ☐ The Board of Immigration Appeals
    ☐ The Office of General Counsel
    ☐ The Parole Commission
    ☐ Other: _____ N/A

(d)  If you did not exhaust all available administrative remedies relating to Ground Three, explain why:
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A
_____ N/A

**GROUND FOUR:** _____ N/A
N/A
N/A
N/A
N/A
N/A

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

(b)  Did you exhaust all available administrative remedies relating to Ground Four?        Yes ☐     No ☐

(c)  If yes, did you present the issue to:
    ☐  The Board of Immigration Appeals
    ☐  The Office of General Counsel
    ☐  The Parole Commission
    ☐  Other: _____ N/A

(d)  If you did not exhaust all available administrative remedies relating to Ground Four, explain why:

N/A
N/A
N/A
N/A
N/A
N/A
N/A

7

**Please answer these additional questions about this petition:**

7.   Are you challenging your conviction or sentence in any of the grounds raised above?  Yes ☐        No ☒
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255,
unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a)   Have you filed a motion under 28 U.S.C. § 2255?        Yes ☒        No ☐

       If yes, answer the following:

       (1)  Name of court: United States Dist. Court for the Dist. of Kansas

       (2)  Case number: 6:12-cr-10174-JTM

       (3)  Opinion or case number: 6:15-cv-01154-JTM

       (4)  Result: Denied

       (5)  Date of result: November 6, 2015

       (6)  Issues raised: 1.) Ineffective Assistance of Counsel during plea. 2.) Ineffective
       Assistance of Counsel to Qualify an Expert witness. 3.) Ineffective Assistance of
       Counsel to Argue Evidence 4.) Ineffective Assistance of Counsel by John K.
       Henderson.
       **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b)  Explain why the remedy under § 2255 is inadequate or ineffective: This petition under 28
   U.S.C. §2241 concerns a Judgment voided through subject matter jurisdiction,
   violating due process through the Fifth and Sixth Amendments to the United States
   Constitution.

8.   If this case concerns immigration removal proceedings, answer the following:

   (a)   Date you were taken into immigration custody: N/A

   (b)   Date of removal or reinstatement order: N/A

   (c)   Did you file an appeal with the Board of Immigration Appeals?        Yes ☐        No ☒

       (1)  Date you filed: N/A

       (2)  Case number: N/A

8

(3)  Result: _____ N/A _____

(4)  Date of result: _____ N/A _____

(5)  Issues raised: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d)  Did you file an appeal with the federal court of appeals?        Yes ☐        No ☒

(1)  Name of the court: _____ N/A _____

(2)  Date you filed: _____ N/A _____

(3)  Case number: _____ N/A _____

(4)  Result: _____ N/A _____

(5)  Date of result: _____ N/A _____

(6)  Issues raised: _____ N/A _____
_____ N/A _____
_____ N/A _____
_____ N/A _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9.    Petitioner asks that the Court grant the following relief: <u>Immediate Release, Sentence Vacated,</u>
<u>Restitution vacated, supervised released vacated, sex offender registration vacated,</u>
<u>conviction vacated, no-contact order removed, Appointment of Counsel, evidentuary hearing,</u>
<u>protection from further prosecution via evidence dated prior to this petition under</u>
<u>28 U.S.C. §2241</u>
or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _May 25, 2018_ (month, day, year).

_____
**Signature of Petitioner**

_____Pro - se_____
**Signature of attorney, if any**

_____May 25, 2018_____
**Date**

9

## CERTIFICATE OF SERVICE

I hereby certify that on or about *May 25* , 2018, that a true and correct copy of this "PETITION UNDER 28 U.S.C. §2241 FOR WRIT OF HABEAS CORPUS" was sent out through the U.S. Postal Service, postage paid, registered, return receipt, from the United States Penitentiary Tucson, Arizona, to the Clerk of Court for the U.S. District Court of Arizona, Tucson Division and copies sent to the following:

Original and -1- copy sent to:    One copy sent to:

  U.S. District Court Clerk      Clerk of Court

  U.S. Courthouse, Suite 1500   U.S. Courthouse

  405 West Congress Street     401 Market St

  Tucson, Arizona 85701-5010   Wichita, KS 67202-2000

One copy sent to:

  Jason W. Hart

  Office of the U.S. Attorney

  301 N. Main St, Suite 1200

  Wichita, KS 67202-4812

Respectfully submitted,

Philip Andra Grigsby

Reg# 22325-031

USP Tucson

PO Box 24550

Tucson, AZ 85734