IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA



Philip Andra Grigsby,

    Petitioner,

v.

Warden Baltazar,

    Respondent.

No. CV 18-00275-TUC-JAS (JR)

NOTICE OF APPEAL

    COMES NOW, the Petitioner, Philip Andra Grigsby, Pro se, respectively gives Notice of Appeal for the Order dismissing the above captioned case on July 17, 2018 by the Honorable District Judge James A. Soto.

On this date: July 23, 2018

Respectfully Submitted,

Philip Grigsby

Reg.#22325-031

USP-Tucson

P.O.Box 24550

Tucson, AZ. 85734